UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 122-0077

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) 18 U.S.C. § 2252A(a)(2) and (b) |
|  | ) Distribution of Child Pornography |
| ROBERT JAMES THOMPSON | ) |
|  | ) 18 U.S.C. § 2252A(a)(5)(B) |
|  | ) Possession of Child Pornography |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2) and (b)

On or about October 23, 2021, in Columbia County and Richmond County, within the Southern District of Georgia, the defendant,

**ROBERT JAMES THOMPSON,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), any visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, 2252A(a)(2) and (b).



## COUNT TWO
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2) and (b)

On or about November 5, 2021, in Columbia County and Richmond County, within the Southern District of Georgia, the defendant,

### ROBERT JAMES THOMPSON,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), any visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, 2252A(a)(2) and (b).

## COUNT THREE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about October 14, 2021 and continuing through July 21, 2022, in Columbia County and Richmond County, within the Southern District of Georgia, the defendant,

**ROBERT JAMES THOMPSON,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct said images having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count One through Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of Count One and Two of this Indictment charging a violation of Title 18, United States Code, Section 2252A(a)(2), or conviction of Count Three of this Indictment charging a violation of Title 18, United States Code, Section 2252A(a)(5)(B), the defendant, **ROBERT JAMES THOMPSON**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

*(Signatures follow on next page)*

_____
David H. Estes
United States Attorney

_____
Foreperson

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division


_____
Jeremiah L. Johnson
Assistant United States Attorney
*Lead Counsel